UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY K. ERIKS,

                    Plaintiff,

          v.

BRECKENRIDGE PROPERTY FUND
2016 LLC, et al.,

                    Defendants.

CASE NO. 2:18-cv-00631-RSL

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Robert S. Lasnik.

DATED this 2nd day of May, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge