UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NANCY K. ERIKS,

    Plaintiff,

    v.

BRECKENRIDGE PROPERTY FUNDS 2016, LLC, *et al.*,

    Defendants.

Case No. C18-0631RSL

ORDER OF DISMISSAL

This matter comes before the Court *sua sponte*. Plaintiff filed this action in federal court alleging that the Court has jurisdiction based on the diversity of citizenship of the parties. See 28 U.S.C. § 1332(a) (establishing that the federal court's basic diversity jurisdiction extends to "all civil actions where the matter in controversy exceeds . . . $75,000 . . . and is between . . . citizens of different States."). On September 14, 2018, she was directed to provide the Court with the citizenship of all of the owners/members of Breckenridge Property Fund 2016, LLC, at the time the complaint was filed, in order to establish diversity. Plaintiff has not responded.

//

ORDER OF DISMISSAL - 1

1       This action is hereby DISMISSED without prejudice pursuant to Fed. R. Civ. P. 12(b)(1) for lack of subject matter jurisdiction.

      Dated this 24th day of October, 2018.

                                                */s/ Robert S. Lasnik*
                                        Robert S. Lasnik
                                        United States District Judge

ORDER OF DISMISSAL - 2